HON. BARBARA J. ROTHSTEIN
Trial Date: 06/01/2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| YOUSSEF ESTATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. 3:25-cv-05305-BJR<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 3rd day of June, 2025.

By: *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
Attorney for Defendant

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL (Cause No. 3:25-cv-05305-BJR) – 1
mf/AED6513.187/4918-4987-1943 v.1x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this <u>5th</u> day of June, 2025.

> By <u>*s/Charles Pearson (with permission per 6/5/25 email)*</u>
> Charles P. Pearson, WSBA No. 52162
> Property Claims Attorneys LLC
> 2455 NW Marshall Street, Suite 3
> Portland, Oregon 97210
> Phone: (971) 867-2188
> Email: pearson@property.claims
> Attorney for Plaintiff

IT IS SO ORDERED.

DATED this ___ day of _____, 2025.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATE DISTRICT JUDGE

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL (Cause No. 3:25-cv-05305-BJR) – 2
mf/AED6513.187/4918-4987-1943 v.1x

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273